# MEMORANDA

OF

## CAUSES NOT REPORTED IN FULL.

---

SUPREME COURT, ONEIDA SPECIAL TERM, SEPTEM-
BER, 1899.

GEORGE H. COONRAD, Plaintiff, *v.* MARCELLA MARRIOTT et al.,
Defendants.

ACTION to compel specific performance of contract for sale of
certain premises made by defendant Marriott with plaintiff.

H. S. Willison and D. F. Searle, for plaintiff.

J. S. Baker, for defendants.

HISCOCK, J.  Plaintiff's complaint is dismissed without costs
on the ground that the contract of sale given by defendant
Marriott to the plaintiff Coonrad was not of such a fair, just and
equitable character as will be specifically enforced by a court
of equity.  Seymour v. Delancey, 6 Johns. Ch. 222; Margraf v.
Muir, 57 N. Y. 158; Sherman v. Wright, 49 id. 227.

Complaint dismissed, without costs.